IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                          ORDER

    v.                                10-cr-134-wmc-3

VICTOR ERNEST TREJO,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A hearing on the probation office's petition for judicial review of Victor Ernest Trejo's probation was held on April 9, 2015, before U.S. District Judge William M. Conley. The government appeared by Assistant U. S. Attorney Peter M. Jarosz. The defendant was present in person and by counsel Reed Cornia. Also present was Senior U.S. Probation Officer Traci L. Jacobs. That hearing was continued until June 11, 2015, to allow the defendant to bring himself into compliance with his restitution obligations.

On June 9, 2015, the Clerk of Court for the Western District of Wisconsin received a $1,050 payment from Mr. Trejo. This payment demonstrates a good faith effort on Mr. Trejo's behalf to continue paying toward the joint and several restitution owing in this case.

Accordingly,

ORDER

IT IS ORDERED that the term of probation imposed on April 12, 2011, is SATISFIED, that Victor Ernest Trejo be discharged from supervision with restitution owing, and that the proceedings in this case be terminated. Restitution collections effort should continue under civil remedies available to the U.S. Attorney's Office pursuant to 18 U.S.C. § 3613(b).

Entered this 11th day of June 2015.

BY THE COURT:

WILLIAM M. CONLEY
U.S. District Judge